KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-05-71019 EDL |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 |
| v. | |
| FELIPE GOMEZ-PICASSO, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter December 30, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on January 5, 2006 for defendant's detention hearing. On January 5, 2006, the matter was continued until January 23, 2006 for arraignment/preliminary hearing.

    2. On January 5, 2006, Federal Public Defender Barry J. Portman, who represents the defendant, requested an extension of time from January 5, 2006 to January 23, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d). The parties agree that the time from January 5, 2006 to January 23, 2006 should be extended under Rule 5.1(d).

    3. In light of the foregoing facts, the failure to grant the requested extension would

STIPULATION AND ~~PROPOSED~~ ORDER     1
3-05-71019 EDL

1 | unreasonably deny counsel for the defense the reasonable time necessary for effective
2 | preparation, taking into account the exercise of due diligence. The ends of justice would be
3 | served by the Court extending the proposed time period. These ends outweigh the best interest of
4 | the public and the defendant in a timely arraignment and a speedy trial.
5 |     4. For the reasons stated, the time period from January 5, 2006 through January 23, 2006
6 | is extended under Rule 5.1(d).

IT IS SO STIPULATED.

DATED: January 5, 2005            Respectfully Submitted,

                                                          /S/
NAHLA RAJAN
Special Assistant United States Attorney

DATED: January 5, 2005                                                           /S/
BARRY J. PORTMAN
Counsel for Felipe Gomez-Picasso

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Jan. 6, 2006                                                           
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge